[Nos. 15591–1–I; 15710–8–I.   Division One.   February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT JEFFERY GETZ, *Defendant*, GREGORY DARWIN PRESCOTT, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 84–1–00135–9, Jack S. Kurtz, J., entered November 15, 1984. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 15730–2–I.   Division One.   February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN YVETTE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–8–03664–0, George T. Mattson, J., entered November 9, 1984. *Affirmed* by unpublished per curiam opinion.

[No. 15012–0–I.   Division One.   February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–00975–2, Arthur E. Piehler, J., entered July 9, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 14094–9–I.   Division One.   February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD T. PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–00733–6, Terrence A. Carroll, J., entered December 5, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.